1 | Peter E. Garrell, Esq. (SBN 155177)
    pgarrell@garrelllaw.com
2 | John M. Kennedy, Esq. (SBN 156009)
    jkennedy@garrelllaw.com
3 | GARRELL LAW, P.C.
    1875 Tandem Way
4 | Norco, California 92860
    Telephone:  (714) 451-4148
5 | Facsimile:  (714) 451-4148

6 | Attorneys for Plaintiff
    CHUCKANUT BAY INVESTMENTS, LLC, a
7 | Delaware limited liability company

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 8 2014

___ OF CALIFORNIA
DEPUTY

8

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | CHUCKANUT BAY INVESTMENTS,
     LLC, a Delaware limited liability
13 | company,

14 |                 Plaintiff,

15 |        vs.

16 | BRANDON LEWIS, an individual;
     SHAWN FINNEGAN, an individual;
17 | RYAN POELMAN, an individual; THE
     EVOLUTION GROUP, LLC, a Nevada
18 | limited liability company; EVTECH
     HOLDING, LLC, a Delaware limited
19 | liability company; EVTECH MEDIA,
     LLC, a Utah limited liability company; FE
20 | EVTECH MEDIA, LLC, a Utah limited
     liability company; ME EVTECH MEDIA,
21 | LLC, a Utah limited liability company;
     SUCCESS I-DIRECT HOLDING, LLC, a
22 | Delaware limited liability company;
     SUCCESS I-DIRECT, LLC, a Utah
23 | limited liability company; EDGE
     EVENTS HOLDING, LLC, a Delaware
24 | limited liability company; EDGE
     EVENTS, LLC, a Utah limited liability
25 | company; LEADING HOLDING, LLC, a
     Delaware limited liability company;
26 | LEADING FINANCIAL, LLC, a Utah
     limited liability company; NOTE
27 | FINANCIAL HOLDING, LLC, a
     Delaware limited liability company;
28 | NOTE FINANCIAL, LLC, a Utah limited
     liability company; EDGE REAL ESTATE

Case No. CV14 1521 AbC-AGRx

**COMPLAINT FOR**

(1)  **Breach of Contract;**
(2)  **Interference with Contract;**
(3)  **Breach of Fiduciary Duty;**
(4)  **Fraud;**
(5)  **Misappropriation;**
(6)  **Unjust Enrichment; and**
(7)  **Conversion**

**DEMAND FOR JURY TRIAL**

COMPLAINT

COPY

1  HOLDING, LLC, a Delaware limited
   liability company; EDGE 2 REAL
2  ESTATE, LLC, a Utah limited liability
   company; INSIDER'S FINANCIAL
3  HOLDING, LLC, a Delaware limited
   liability company; LEADING EDGE
4  FINANCIAL, LLC, a Utah limited
   liability company; INSIDER'S
5  FINANCIAL, LLC, a Utah limited
   liability company; INSIDER'S
6  FINANCIAL EDUCATION, a Utah dba;
   INSIDER'S EDGE, LLC, a Utah limited
7  liability company; PD HOLDING, LLC, a
   Delaware limited liability company;
8  PROPERTY DIRECT, LLC, a Utah
   limited liability company; PROPERTY
9  DIRECT HOLDING, LLC, a Utah limited
   liability company; SKW PREP, LLC, a
10 Utah limited liability company; SKW,
   LLC, a Utah limited liability company;
11 INSIDER'S CASH, LLC, a Utah limited
   liability company; VEIL CORPORATE,
12 LLC, a Utah limited liability company;
   VEIL SOLUTIONS, LLC, a Utah limited
13 liability company; ENHANCE WEB
   SOLUTIONS, LLC, a Utah limited
14 liability company; ENHANCE NOTE
   NETWORK, LLC, a Utah limited liability
15 company; MARATHON HOLDING,
   LLC, a Delaware limited liability
16 company; MARATHON FINANCIAL,
   LLC, a Utah limited liability company;
17 BASE HIGH CAMP, LLC, a Utah limited
   liability company; EDGE REAL ESTATE
18 FUND, L.P., a Utah limited partnership;
   XS MEDIA HOLDING, LLC, a Delaware
19 limited liability company; BBL
   MARKETING, LLC, a Utah limited
20 liability company; FINNEGAN
   MARKETING, LLC, a Utah limited
21 liability company; EVOLVED
   TECHNOLOGIES, LLC, a Utah limited
22 liability company; and LEGAL ONE,
   LLC, a Delaware limited liability
23 company,

24            Defendants.

25 _____

26

27

28

                        2

0020015/001/ 499511v01

Plaintiff CHUCKANUT BAY INVESTMENTS, LLC ("Chuckanut"), for its Complaint in this matter, alleges as follows:

## **INTRODUCTION**

1.      Among other investments, Plaintiff Chuckanut invests in and consults with start-up companies.  It provides seed money and thereby serves as an angel investor in various start-up firms.  A newly formed company called The Evolution Group, LLC ("Evolution Group") approached the principal of Chuckanut, Eric W. Richardson ("Richardson"), at his home and office located in Manhattan Beach and El Segundo, California to seek initial seed capital.  The Evolution Group was in the business of providing its clients with financial education services.  After reviewing the financials and meeting with the Evolution Group's principals, in September 2007 Chuckanut made a $200,000 investment in the Evolution Group, which was originally structured as a loan and thereafter converted to equity in the Evolution Group.  Chuckanut was one of eight investors (collectively, the "Original Investors") who invested capital in the Evolution Group at this time.

2.      Defendants Lewis, Finnegan and Poelman (the "Individual Defendants") joined the Evolution Group as executives in 2009 and 2010.  After a continued period of operation and as the Evolution Group became successful, in the fall of 2010, the Evolution Group decided to buy out and redeem the shares of the Original Investors.  Between December 2010 and October 2011, the Evolution Group made payments to the Original Investors in consideration of the redemption of their 2007 investment in the company.

3.      In consideration for its initial capital and assisting the Evolution Group with the buy-out, and in further consideration of certain strategic consultant services provided by Richardson and Chuckanut to the Evolution Group, in February 2011, the Evolution Group entered into a "Membership Interest Agreement" ("Membership Agreement") with Chuckanut, pursuant to which Chuckanut became a five percent (5%) owner of the Evolution Group.

4.     For the following approximate nine-month time period, the Evolution Group paid weekly membership distributions to Chuckanut in recognition of its five percent (5%) ownership interest in the Evolution Group.

5.     In September and October 2011, the Evolution Group and the Defendants telephoned and informed Richardson that they had decided to re-organize the Evolution Group into smaller separate companies, but that Richardson and Chuckanut would continue to have and own a five percent (5%) share in the new organizations equal to the share in the Evolution Group.  Richardson and Chuckanut relied upon the representations.

6.     After the reorganization, in October 2011, in callous disregard for their contractual commitments and in an unscrupulous breach of their fiduciary duties to the minority shareholder, Chuckanut, Defendants abruptly stopped paying Chuckanut its weekly distribution payments commensurate with its five percent (5%) ownership interest in the Evolution Group.

7.     In addition, Defendants did not, as promised, provide Chuckanut (or Richardson) with any ownership interest in the newly reorganized enterprises. Instead, Defendants created the new companies to conduct the business of the Evolution Group in order to misappropriate the ownership interest of Chuckanut. The foregoing conduct has proximately caused Chuckanut to suffer financial losses well in excess of the jurisdictional limits of this Court.

## JURISDICTION and VENUE

8.     This Court has subject matter jurisdiction of this matter pursuant to 28 U.S.C. § 1332 (d).  The matter in controversy exceeds $75,000 and is between citizens of different states.

9.     This Court has personal jurisdiction over Defendants as they have regularly and purposefully availed themselves of the benefits of the State of California by conducting the educational seminars in California, by selling their promotional packages and educational programs to California residents, by

2

1  approaching Richardson at his home and office in California to borrow money from
2  him; by injuring Chuckanut and Richardson in California; and, further, because the
3  corporate and limited liability defendants are successors in interest to the Evolution
4  Group and therefore assumed and became responsible for its liabilities.

5      10.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3).  The
6  principal place of business and the residence of Chuckanut is in Los Angeles County,
7  California.  In addition, a substantial portion of the events giving rise to the claims
8  set forth below occurred in Los Angeles County.

9                                     **PARTIES**

10     11.    Plaintiff CHUCKANUT BAY INVESTMENTS, LLC ("Chuckanut"), is
11 a Delaware limited liability company with its principal place of business in Los
12 Angeles County, California.  Non-party Eric W. Richardson ("Richardson") is the
13 managing member and holds a 95% membership interest in Chuckanut (an affiliated
14 party of Richardson owns the remaining membership interest in Chuckanut).
15 Richardson is a citizen of the United States, who is domiciled in Manhattan Beach,
16 California, County of Los Angeles.

17     12.    Based upon information and belief, at all relevant times, Defendant
18 BRANDON LEWIS ("Lewis") was and is an individual who is a citizen of the
19 United States, is domiciled in the State of Utah, and did business in the State of
20 California.

21     13.    Based upon information and belief, at all relevant times, Defendant
22 SHAWN FINNEGAN ("Finnegan") was and is an individual who is a citizen of the
23 United States, is domiciled in the State of Utah, and did business in the State of
24 California.

25     14.    Based upon information and belief, at all relevant times, Defendant
26 RYAN POELMAN ("Poelman") was and is an individual who is a citizen of the
27 United States, is domiciled in the State of Utah, and did business in the State of
28 California.

COMPLAINT

15.     Based upon information and belief, at all relevant times, Defendant THE EVOLUTION GROUP, LLC ("Evolution Group") was and is a Nevada limited liability company, domiciled in Utah, with its principal place of business in American Fork, Utah, and did business in the State of California.  During the relevant time periods, based upon information and belief, Evolution Group did business as and used the following aliases:  Insider's Financial Education; Investor Education; Advanced Financial Education and National Home Mortgage Association.

16.     Based upon information and belief, at all relevant times, Defendant EVTECH HOLDING, LLC ("EvTech Holding") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah and did business in the State of California.  It was registered on or about September 6, 2011.

17.     Based upon information and belief, at all relevant times, Defendant EVTECH MEDIA, LLC ("EvTech") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in American Fork, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.  It does business as Training Follow-Up.  In motions and declarations filed in the Utah United States District Court, Central Division, EvTech declares that it is the successor-in-interest to The Evolution Group.  (See *EvTech Media, LLC v. Zurixx, LLC., et al*, Case No. 2:13-CV-00621-DB.  Docket Entry No. 66 – Plaintiff's Opposition to Motion for Partial Summary Judgment (filed October 17, 2013, p. 9: "Plaintiff EvTech is a leading provider of real estate education services and is the successor-in-interest to The Evolution Group, LLC."  See also Docket No. 67 – Declaration of Shawn Finnegan.)

18.     Based upon information and belief, at all relevant times, Defendant FE EVTECH MEDIA, LLC ("FE EvTech") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in American Fork, Utah, and

4

did business in the State of California.  It was registered on or about September 8, 2011.  FE EvTech does business as:  Investors Give Back; FE Note Financial; FE Insider's Financial; FE Yancy Events; FE Your Real Estate Today; FE Edge 2 Real Estate; FE Dean's Live Events; and FE Leading Financial.

19.   Based upon information and belief, at all relevant times, Defendant ME EVTECH MEDIA, LLC ("ME EvTech") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in American Fork, Utah, and did business in the State of California.  It was registered on or about September 8, 2011.  FE EvTech does business as:  ME Note Financial; ME Insider's Financial; ME Yancy Events; ME Your Real Estate Today; ME Edge 2 Real Estate; ME Dean's Live Events; and ME Leading Financial.

20.   Based upon information and belief, at all relevant times, Defendant SUCCESS I-DIRECT HOLDING, LLC ("Success Holding") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

21.   Based upon information and belief, at all relevant times, Defendant SUCCESS I-DIRECT, LLC ("Success Direct") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

22.   Based upon information and belief, at all relevant times, Defendant EDGE EVENTS HOLDING, LLC ("Edge Holding") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

23.   Based upon information and belief, at all relevant times, Defendant EDGE EVENTS, LLC ("Edge Events") was and is a Utah limited liability company,

domiciled in Utah, with its principal place of business in American Fork, Utah, and did business in the State of California.  It was registered on or about September 7, 2011.

24.    Based upon information and belief, at all relevant times, Defendant LEADING HOLDING, LLC ("Leading Holding") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

25.    Based upon information and belief, at all relevant times, Defendant LEADING FINANCIAL, LLC ("Leading Financial") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 7, 2011.

26.    Based upon information and belief, at all relevant times, Defendant NOTE FINANCIAL HOLDING, LLC ("Note Holding") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

27.    Based upon information and belief, at all relevant times, Defendant NOTE FINANCIAL, LLC ("Note Financial") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Highland, Utah, and did business in the State of California.  It was registered on or about September 7, 2011.

28.    Based upon information and belief, at all relevant times, Defendant EDGE REAL ESTATE HOLDING, LLC ("Edge Holding") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

29.     Based upon information and belief, at all relevant times, Defendant EDGE 2 REAL ESTATE, LLC ("Edge 2") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Pleasant Grove, Utah, and did business in the State of California.  It was registered on or about September 8, 2011.  During relevant time periods, based upon information and belief, Edge 2 did business as "Edge Real Estate, LLC."

30.     Based upon information and belief, at all relevant times, Defendant INSIDER'S FINANCIAL HOLDING, LLC ("Insider's Holding") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

31.     Based upon information and belief, at all relevant times, Defendant LEADING EDGE FINANCIAL, LLC ("Leading Edge") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Lehi, Utah, and did business in the State of California.  It was registered on September 9, 2011.

32.     Based upon information and belief, at all relevant times, Defendant INSIDER'S FINANCIAL, LLC ("Insider's Financial") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Provo, Utah, and did business in the State of California.  It was registered on or about September 7, 2011.  It does business as:  Dean's Life Events and National Home Mortgage Conference.

33.     Based upon information and belief, at all relevant times, Defendant INSIDER'S FINANCIAL EDUCATION ("Insider's Education") was and is a Utah "DBA" for Defendant Finnegan, domiciled in Utah, with its principal place of business in American Fork, Utah, and did business in the State of California.  It was registered on July 18, 2011.

7

34.     Based upon information and belief, at all relevant times, Defendant INSIDER'S EDGE, LLC ("Insider's Edge") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Lehi, Utah, and did business in the State of California.  It was registered on or about October 13, 2010.

35.     Based upon information and belief, at all relevant times, Defendant PD HOLDING, LLC ("Property Holding) was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

36.     Based upon information and belief, at all relevant times, Defendant PROPERTY DIRECT, LLC ("Property Direct") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Pleasant Grove, Utah, and did business in the State of California.  It was registered on or about August 31, 2010.

37.     Based upon information and belief, at all relevant times, Defendant PROPERTY DIRECT HOLDING, LLC ("Property Direct") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Pleasant Grove, Utah, and did business in the State of California.  It was registered on or about August 31, 2010.

38.     Based upon information and belief, at all relevant times, Defendant SKW PREP, LLC ("SKW Prep") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Pleasant Grove, Utah, and did business in the State of California.  It was registered on or about August 24, 2011.

39.     Based upon information and belief, at all relevant times, Defendant SKW, LLC ("SKW") was and is a Utah limited liability company, domiciled in

1  Utah, with its principal place of business in Pleasant Grove, Utah, and did business in

2  the State of California.  It was registered on or about August 24, 2011.

3      40.    Based upon information and belief, at all relevant times, Defendant

4  INSIDER'S CASH, LLC ("Insider's Cash") was and is a Utah limited liability

5  company, domiciled in Utah, with its principal place of business in Pleasant Grove,

6  Utah, and did business in the State of California.  It was registered on or about

7  August 24, 2011.

8      41.    Based upon information and belief, at all relevant times, Defendant

9  VEIL CORPORATE, LLC ("Veil Corporate") was and is a Utah limited liability

10 company, domiciled in Utah, with its principal place of business in South Jordan,

11 Utah, and did business in the State of California.  It was registered on or about July

12 1, 2011.  It does business as:  VeilCorp and VeilComo.  It was formerly known as

13 Legally Mine, LLC and Legal Stop, LLC.

14     42.    Based upon information and belief, at all relevant times, Defendant

15 VEIL SOLUTIONS, LLC ("Veil Solutions") was and is a Utah limited liability

16 company, domiciled in Utah, with its principal place of business in Pleasant Grove,

17 Utah, and did business in the State of California.  It was registered on or about

18 August 24, 2011.  It does business as:  VeilCorpCom.

19     43.    Based upon information and belief, at all relevant times, Defendant

20 ENHANCE WEB SOLUTIONS, LLC ("Enhance Web") was and is a Utah limited

21 liability company, domiciled in Utah, with its principal place of business in Lehi,

22 Utah, and did business in the State of California.  It was registered on or about

23 December 21, 2010.

24     44.    Based upon information and belief, at all relevant times, Defendant

25 ENHANCE NOTE NETWORK, LLC ("Enhance Note") was and is a Utah limited

26 liability company, domiciled in Utah, with its principal place of business in Pleasant

27 Grove, Utah, and did business in the State of California.  It was registered on or

28 about August 24, 2011.

45.     Based upon information and belief, at all relevant times, Defendant MARATHON HOLDING, LLC ("Marathon Holding) was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about September 6, 2011.

46.     Based upon information and belief, at all relevant times, Defendant MARATHON FINANCIAL, LLC ("Marathon Financial") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Lehi, Utah, and did business in the State of California.  It was registered on or about August 24, 2011.

47.     Based upon information and belief, at all relevant times, Defendant BASE HIGH CAMP, LLC ("Base High") was and is a Utah limited liability company, domiciled in Utah, with its principal place of business in Lehi, Utah, and did business in the State of California.  It was registered on or about August 24, 2011.

48.     Based upon information and belief, at all relevant times, Defendant EDGE REAL ESTATE FUND, L.P. ("Edge Fund") was and is a Utah limited partnership, domiciled in Utah, with its principal place of business in American Fork, Utah, and did business in the State of California.  It was registered on or about February 3, 2012.

49.     Based upon information and belief, at all relevant times, Defendant XS MEDIA HOLDING, LLC ("XS Media") was and is a Delaware limited liability company, domiciled in Utah, with its principal place of business in Utah County, Utah, and did business in the State of California.  It was registered on or about October 7, 2010.

50.     Based upon information and belief, at all relevant times, Defendant BBL MARKETING, LLC ("BBL Marketing") was and is a Utah limited liability

COMPLAINT

1  company, domiciled in Utah, with its principal place of business in South Jordan, and

2  did business in the State of California.  It was registered on or about March 5, 2009.

3       51.    Based upon information and belief, at all relevant times, Defendant

4  FINNEGAN MARKETING, LLC ("Finnegan Marketing") was and is a Utah limited

5  liability company, domiciled in Utah, with its principal place of business in

6  Highland, Utah, and did business in the State of California.  It was registered on or

7  about December 29, 2010.

8       52.    Based upon information and belief, at all relevant times, Defendant

9  EVOLVED TECHNOLOGIES, LLC ("Evolved Technologies") was and is a Utah

10  limited liability company, domiciled in Utah, with its principal place of business in

11  Utah, and did business in the State of California.

12       53.    Based upon information and belief, at all relevant times, Defendant

13  LEGAL ONE, LLC ("Legal One") was and is a Delaware limited liability company,

14  domiciled in Utah, with its principal place of business in Dover, Delaware, and did

15  business in the State of California.  It was registered on or about July 8, 2010.

16       54.    Chuckanut is informed and believes and thereon alleges that the

17  foregoing corporate and limited liability entities were, for the most part, established

18  and registered in August and September 2011 and were and are used to perpetuate

19  wrongful and inequitable use of the corporate and limited liability forms (the

20  "Evolution Group Successors").  Chuckanut is informed and believes and thereon

21  alleges that there is a unity of ownership between the individual defendants and the

22  corporate defendants and between and among the corporate defendants such that any

23  separateness between these defendants does not exist and never existed.  The

24  exercise of dominance and control by the individuals over the corporate and limited

25  liability defendants has rendered the corporate and limited liability defendants mere

26  shells and instrumentalities of the other defendants.  Chuckanut is further informed

27  and believes and thereon alleges that the corporate and limited liability defendants

28  were and are inadequately capitalized to meet their outstanding financial obligations

1   that the individual defendants manipulate and control them for their own profit,
2   thereby treating them as alter egos.  Thus, the corporate forms should be disregarded
3   and the acts of one should be deemed to be those of each corporation and/or limited
4   liability company.  The individual defendants as the owners and shareholders of the
5   corporate and limited liability companies should be held jointly and severally liable
6   for any losses suffered by Chuckanut.

7       55.   Chuckanut is also informed and believes and thereon alleges that at all
8   times mentioned herein, each of the Defendants, including the Evolution Group
9   Successors, were and are the agents, servants, employees, representatives and/or alter
10   egos of each of the other Defendants, and in doing the things hereinafter mentioned,
11   were acting within the course and scope of their authority as such agents, servants,
12   employees, representatives, and/or alter egos, with the permission and consent of the
13   other Defendants.

14       56.   Chuckanut is also informed and believes and thereon alleges that at all
15   times mentioned herein, each of the corporate and limited liability defendants,
16   including the Evolution Group Successors, were and are the mere continuation of
17   Evolution Group and/or the assets of Evolution Group were transferred to the other
18   corporate and limited liability defendants for the fraudulent purpose, in part to escape
19   obligations like the contractual obligation owed to Chuckanut; and the corporate and
20   limited liability defendants, as successors-in-interest to Chuckanut are jointly and
21   severally liable for any liability of, and/or any injury cased by the conduct of
22   Evolution Group.  This is confirmed by Exhibits F (a company chart) and G (a
23   settlement agreement showing that all of the Evolution Group Successors are treated
24   as a single "Company").

25       57.   Non-Party James Carlson was the Chairman and CEO of Evolution
26   Group from in or about 2007 to October 2011, when Defendants Lewis, Finnegan
27   and Poelman instituted the plan to reorganize Evolution Group, at which point, they
28   purchased his shares in the company.